UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| CLOTEAL SWOOPES,<br>            Plaintiff,<br>   v.<br>SOCIAL SECURITY ADMINISTRATION,<br>            Defendant.<br>_____/ | No. C 10-03299 LB<br><br>**ORDER SETTING DATE FOR ORAL ARGUMENT AND BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO DISMISS** |

On July 27, 2010, Plaintiff filed a complaint alleging that the Social Security Administration had violated her Fourteenth Amendment right to due process by withholding from her two checks from July 1 and July 3, 2010. Complaint, ECF No. 1 at 1-2. Defendant filed a Motion to Dismiss on November 29, 2010 but did not notice the motion for a hearing date before the Court. Motion to Dismiss, ECF No. 17. As a result, the Court sets the following dates:

| Event | Date Due |
|---|---|
| Plaintiff's Opposition | 1/13/11 |
| Defendant's Reply | 1/20/11 |
| Oral Argument | 2/3/11 |

///

///

C 10-03299

*UNITED STATES DISTRICT COURT*
*For the Northern District of California*

1  The Court will hear oral argument on Defendant's Motion to Dismiss on <u>February 3, 2011 at
2  11:00 a.m. in Courtroom 4</u>.
3  **IT IS SO ORDERED.**
4  Dated: December 8, 2010

_____
LAUREL BEELER
United States Magistrate Judge